UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHRISTIAN SANCHEZ,

                         Plaintiff, :       21 Civ. 928 (LGS)

            -against- :       ORDER

INDIGO WILD, LLC,

                       Defendant. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: May 11, 2021
        New York, New York

                                       _____
                                            LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE